23. April 2015          (CCRA) NO. WR-72,154-03          1 Page of 1
                        TR. crt. NO W06-71504-H (c)

STATE OF TEXAS                           IN The DISTRICT COURT
Vs.                                      1. Judicial District
Jeremy LEONARD mays                      of DALLAS County, TEXAS

( NOTICE OF APPEAL )

To the Honorable Judge of said court:

Now comes Jeremy Leonard mays, defendant in the Above styled and numbered cause, and gives this written notice, of appeal To The court of appeals of The state of TEXAS Pursuant To The mandate, and order of Adjudged and decreed that an out of time appeal is Granted, in accordance with The opinion of The court of criminal appeals, witness, by The Honorable Sharon Keller, Presiding Judge of our said court of Criminal Appeals, on this day monday APRil 13, 2015.

                                          * [signature]
                                          Respectfully submitted
                                          Jeremy Leonard mays
                                          TDCJ #1470855
                                          W.P. Clements Unit
                                          9601 Spur 591
                                          Amarillo, Tx. 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 28 2015
Abel Acosta, Clerk

( CERTIFICATE OF service )

This is To certify ThAT ON APRil 23, 2015, A True and correct copy of the above and foregoing document was mailed from the W.P. Clements mail Room To The Criminal District court NO. 1 of DALLAS County.

                                          *
                                          Pro-se

EX PARTE

Jeremy Leonard Mays

             IN THE DISTRICT COURT
             #1. Judicial District
             Dallas, County, Texas

## MOTION FOR APPOINTMENT OF COUNSEL

To The Honorable Judge of said court:

Come now, Jeremy Leonard Mays, Applicant, Pro-se, by Act through himself in the above Title and Caption cause with this motion for appointment of counsel Pursuant to the Texas court of criminal appeals mandate, ordered adjudged and decreed that an out-of-Time appeal is Granted, in accordance with the courts opinion, witness By the Honorable Sharon Keller, Presiding Judge of the said court of criminal appeals with the seal thereof annexed, at the city of Austin on this day Monday, April 13, 2015.

### I.

This court has authority to appoint counsel Pursuant to the court of criminal appeals ordered, Adjudged and decreed, Also Pursuant to Article 11.07 § 3(d). Tex. code. crim. Proc.

### II.

Applicant seeks appointment of counsel To Perfection of appeal, Judgment and sentence according to (TRAP) 32.2 (b), (d), (f), (g), (h), (i), (j), (k)). And for counsel to develop and Present the facts on Direct appeal. Counsel will Review The Record and Present fact, and investigate error contained through out The Record and call all error to the courts attention, and file A Brief on its merits

### III.

Applicant is indigent and barred by statue from obtaining the necessary Records on his own § 552.028, Texas Government code. Also defendant was appointed an court appointed attorney at his Trial for murder. Thus sense his Trial counsel was ineffective for failing to file for direct appeal and the court of criminal appeals opinion of a out-of-Time appeal is Granted, Applicant is in fact indigent and is entitled to the Assistance of counsel on Direct appeal, and Petition for Discretionary Review.

## IV.

Applicant moves the court for evidentiary hearing, and request a copy of my trial transcripts and statement of facts pursuant to Texas Rule Appellate Procedure Rule 20.2.

The cause no. W06-71504-H (C) documents are needed to ensure the protecting of my appeals. I am indigent and cannot pay cost or put a security toward the cost of these listed documents as follows

1) Affidavit of probable cause + for Arrest
2) Arrest Report (summary)
3) Arresting officer's Report
4) Miranda warning at time of arrest
5) Initial complaint
6) Formal charge, i.e. Indictment(s)
7) Arrest warrant
8) Any and all statements for or against applicant
9) All original or re-indictments & arraignments

10) Line-up photo's I.D. and name of Identifying person.
11) Minutes of all court proceeding
12) Transcripts of all proceedings.
13) Any and all motions filed by Trial counsel and dispositions thereof
14) Stipulation of any evidence
15) Court dockets
16) Search warrants
17) Judgement and sentence sheets
18) Charge to Jury
19) Any and all documents that pertains to applicants case at bar.

### PRAYER

Wherefore, Promises in this miscarriage of Justice this Honorable court should now consider, applicants request of counsel's appointment in this case, in order to present a competent and effective counsel who would at least honor the sixth amendment rights which was denied several years ago. For he could present a actual and complete direct appeal to prove his actual innocence to the court of appeals.

X_____  # 1470855
Jeremy Leonard Mays
W.P. Clements Unit
9601 Spur 591
Amarillo Texas 7107
Pro-Se



# TEXAS COURT OF CRIMINAL APPEALS

Austin, Texas

# M A N D A T E

**THE STATE OF TEXAS,**

**TO THE <u>CRIMINAL DISTRICT COURT NO. 1 OF DALLAS COUNTY</u> — GREETINGS:**

Before our **COURT OF CRIMINAL APPEALS**, on **MARCH 18, 2015**, the cause upon an Application for Writ of Habeas Corpus styled:

## <u>EX PARTE JEREMY LEONARD MAYS</u>

CCRA No. <u>**WR-72,154-03**</u>

Tr. Crt. No. <u>**W06-71504-H (C)**</u>

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words: "This cause came on to be heard on the Application for Writ of Habeas Corpus, and the same being considered, because it is the Opinion of this Court that the relief prayed for should be Granted, it is **ORDERED, ADJUDGED AND DECREED** that an **out-of time appeal** is **GRANTED**, in accordance with the Opinion of this Court, and that this Decision be certified below for Observance."

    **WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things have it duly recognized, obeyed and executed.

WITNESS, **THE HONORABLE SHARON KELLER**, Presiding Judge

of our said **COURT OF CRIMINAL APPEALS,**

with the Seal thereof annexed, at the City of Austin,

on this day **Monday, April 13, 2015.**



ABEL ACOSTA, Clerk
By: Deana Williamson, Deputy Clerk